UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 04-156 (PAM/RLE) |
| Plaintiff, | |
| v. | **ORDER** |
| Richard E. Reiss, | |
| Defendant. | |

This matter is before the Court on Defendant Richard E. Reiss's Request to Extend his Voluntary Surrender Date.  The Court previously ordered Defendant to voluntarily surrender on Thursday, April 20, 2006.  However, Defendant contends that he needs additional time to put his personal affairs in order.  The Court finds Defendant's request reasonable, and does not believe that Defendant is a flight risk or a threat to the community.  Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant shall voluntarily surrender to the Office of the United States Marshal in Minneapolis or at such other place as the Marshal designates on Monday, May 1, 2006, at or before 11:00 a.m.; and

2. Until his surrender, Defendant shall report regularly to Pretrial Services and comply with all requirements imposed by Pretrial Services.

Dated: April 17, 2006

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge